M. P. No. 78-275. SCHOOL COMMITTEE OF THE CITY OF PROVIDENCE *v.* BOARD OF REGENTS FOR EDUCATION. The

petition for writ of certiorari is granted. *Vincent J. Piccirilli,* for petitioner. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for Carl S. Lauro, for respondent.